UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CLARISA A. WELTE, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., a South Dakota corporation,<br><br>　　　　　　　Defendant. | Case No. EDCV 13-463 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed May 27, 2016, Defendant Wells Fargo Bank, N.A.'s Motion for Summary Judgment is GRANTED. Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE.

　　Judgment is entered in favor of Defendant Wells Fargo Bank, N.A.

Dated: June 6, 2016

　　　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　United States District Judge